# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | August 13, 2018 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-5370 (ARR) |
| **NAME OF CASE(S):** | **SUTTON V. ASSOCIATED CREDIT SERVICES, INC.** |
| **FOR PLAINTIFF(S):** | Hubner |
| **FOR DEFENDANT(S):** | Sanders |
| **NEXT CONFERENCE(S):** | **SEPTEMBER 5, 2018 AT 3:00 P.M., BY PHONE** |
| **FTR/COURT REPORTER:** | 12:25 - 12:44 |

## RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Plaintiff's Motion to Compel [30] is denied as moot. Counsel is admonished that the Court will not consider any motion to compel without at least a good faith effort on behalf of the parties to resolve the dispute without Court involvement. Parties are ordered to have a meet and confer by August 17, 2018. The Court will hold a telephone conference on September 5, 2018 at 3:00 p.m. to address any outstanding discovery issues and set a deadline for completion of all remaining discovery.