# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 7, 2020 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-17-5370 (ARR) |
| **NAME OF CASE(S):** | **SUTTON V. ASSOCIATED CREDIT SERVICES, INC.** |
| **FOR PLAINTIFF(S):** | Hubner |
| **FOR DEFENDANT(S):** | Sanders |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:15 - 10:20 |

### **RULINGS FROM STATUS CONFERENCE:**

Parties shall file the joint pretrial order by March 20, 2020. Parties will advise the Court if another settlement conference prior to trial would be productive.