**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

EPHRAIM M SUTTON,

                                                          **ORDER**
     - against -                                          **CV-17-5370 (RPK)**

ASSOCIATED CREDIT SERVICES, INC.,

                      Defendant.
-------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

       During the course of this case, which was filed nearly 3 years ago, counsel for both parties have contributed to the delayed progression of this case with countless motions to adjourn, motions for extension of discovery, motions to compel, etc. Discovery was deemed closed on March 8, 2019 and dispositive motion practice commenced before the District Court. Upon disposal of the motion for summary judgment, this Court set a date by which counsel were to submit their joint pre-trial Order, which they are now seeking a FOURTH extension of time to submit despite counsel having previously been advised that no further extensions would be granted. Accordingly, counsel will appear by phone for a conference to be held at 1:00 p.m. on June 5, 2020 before the undersigned to explain in detail the progress that has been made since the first deadline to submit the joint pre-trial Order was set on February 7, 2020, what remains outstanding and why an additional month is necessary to complete the joint pre-trial Order. Counsel are directed to contact the Court PRIOR TO JUNE 5TH to obtain the conference call-in information.

       **SO ORDERED.**

**Dated:  June 3, 2020**
            **Brooklyn, New York**

                                                                /s/
                                                **STEVEN L. TISCIONE**
                                                **UNITED STATES MAGISTRATE JUDGE**