

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

June 21, 2021

Hon. Rachel P. Kovner
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  SUTTON v ASSOCIATED CREDIT SERVICES, INC.
       17-cv-05370

Dear Judge Kovner:

As you know, this office represents the defendant in the above-captioned matter.

The Court previously ordered that the Amended Joint Pre-Trial Order be filed no later than June 1, 2021 and this office prepared the document in accordance with the Court's Order and sent the document to plaintiff's counsel for review.  Plaintiff's counsel did not review the document and requested a three-week adjournment due to illness.  This office agreed to the adjournment request and the Joint Pre-Trial Order is now due today.

This office still received no response from plaintiff's counsel and it must be emphasized that the Amended Joint Pre-Trial Order is a document that reflects the joint understanding of all counsel to this case.  This office has no reason to believe that plaintiff's counsel has any objection to the Order as it is based upon our mutual understanding.  Nonetheless, the annexed proposed Joint Pre-Trial Order, while ostensibly filed with consent of plaintiff's counsel, has, in fact, not been reviewed by plaintiff's counsel for reasons unknown to the undersigned.

We are confident that plaintiff's counsel will not be suggesting any changes to this document, but we are filing it in order to comply with the Court's Order and because it has been ready for filing for the past several weeks.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/ctw